IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. <u>1:05cr195-T</u> |
| ) | |
| MICKEY LEE MOODY    ) | |

O R D E R

 Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Bullock County Correctional Facility, Union Springs, Alabama, commanding him to deliver the said Mickey Lee Moody, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on November 30, 2005, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

 DONE this the _____ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE