IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:05cr195-T</u> |
| | ) | |
| MICKEY LEE MOODY | ) | |

O R D E R

Upon consideration of the motion for writ of *habeas corpus ad prosequendum* filed by the United States on November 8, 2005 (Doc. # 4), and for good cause, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Bullock County Correctional Facility, Union Springs, Alabama, commanding him to deliver the said Mickey Lee Moody, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on November 30, 2005, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 9th day of November, 2005.

/s/ Susan Russ Walker
_____
UNITED STATES MAGISTRATE JUDGE