COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                    DATE:   11/22/05
❏ BOND HEARING
❏ DETENTION HEARING                     DIGITAL Recording : 3:43 - 3:52
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda Robinson
CASE NO.   1:05cr195-T                  DEFENDANT NAME: Mickey Lee Moody
AUSA: Karl David Cooke, Jr.             DEFT. ATTY:  Christine Freeman
                                        Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
PTSO:   Ron Thweatt                     USPO: _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present   (√) NO; ( ) YES      Name:
_____

| | |
|---|---|
| √ | Date of Arrest **11/22/05**  or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| √ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | BOND EXECUTED (M/D AL charges) $. |
| ❏ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏ Set for |
| √ | DISCOVERY DISCLOSURE DATE:   11/22/05 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM: 1/23/06 |

Pretrial Date: 1/3/06