**COURTROOM DEPUTY'S MINUTES**           **MIDDLE DISTRICT OF ALABAMA**

---

❏ **INITIAL APPEARANCE**           **DATE: November 18, 2005**
❏ **BOND HEARING**
√ **DETENTION HEARING**           **Digital Recording 10:10 - 10:23**
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 1:05cr195-T           **DEFENDANT NAME:** Mickey Lee Moody
**AUSA:** Karl David Cooke           **DEFT. ATTY:** Robin Konrad
          **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Tamara Martin
**Interpreter needed:** ( √ ) NO; ( ) YES    **Name:**

---

| | |
|---|---|
| ❏ | **Date of Arrest** or ❏ **Arrest Rule 40** |
| ❏ | **Deft First Appearance. Advised of rights/charges.** ❏ **Prob/Sup Rel Violator** |
| ❏ | **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.** |
| ❏ | **ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed** |
| ❏ | **Panel Attorney Appointed;** ❏ **to be appointed - prepare voucher** |
| ❏ | **Deft. Advises he will retain counsel. Has retained _____** |
| ❏ | ❏ **Government's ORAL Motion for Detention Hrg.** ❏ **to be followed by written motion;** ❏ **Government's WRITTEN Motion for Detention Hrg. filed** |
| √ | **Detention Hearing** √ **held;** ❏ **set for** |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered** |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL to be entered** |
| ❏ | **Release order entered. Deft advised of conditions of release** |
| ❏ | ❏ **BOND EXECUTED (M/D AL charges) $. Deft released** |
| | ❏ **BOND EXECUTED (R. 40) - deft to report to originating district as ordered** |
| √ | **Bond not executed. Defendant to remain in Marshal's custody** |
| ❏ | **Deft. ORDERED REMOVED to originating district** |
| ❏ | **Waiver of** ❏ **preliminary hearing;** ❏ **Waiver Rule 40 hearing** |
| ❏ | **Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury** |
| ❏ | **ARRAIGNMENT** ❏**HELD. Plea of NOT GUILTY entered.** ❏**Set for DISCOVERY DISCLOSURE DATE:** |
| ❏ | **WAIVER of Speedy Trial. CRIMINAL TERM:** |
| ❏ | **NOTICE to retained Criminal Defense Attorney handed to counsel** |

## **CONTINUATION OF PROCEEDINGS:**

| | |
|---|---|
| **10:10 a.m.** | **Court convenes** |
| **10:11 a.m.** | **Direct testimony begins (Janice Moody)** |
| **10:13 a.m.** | **Government's cross examination (Janice Moody)** |
| **10:16 a.m.** | **Direct testimony resumes (Mike Moody)** |
| **10:19 a.m.** | **Government's cross examination (Mike Moody)** |
| **10:20 a.m.** | **Redirect examination (Mike Moody)** |
| **10:21 a.m.** | **Defense rests.** |
| | **Government's oral arguments to the Court.** |
| **10:22 a.m.** | **Defense counsel's oral arguments to the Court** |
| **10:23 a.m.** | **Court's statements to counsel.** |
| | **Court will detain defendant. Defendant remanded to custody of U. S. Marshal.** |