IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA　　*
　　　　　　　　　　　　　　*
VS.　　　　　　　　　　　　 *　　　1:05cr195-T
　　　　　　　　　　　　　　*
MICKEY LEE MOODY　　　　　　*

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
|  | 1. Janice Moody |
|  | 2. Mike Moody |