## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:05-CR-195-T** |
| ) | |
| **MICKEY LEE MOODY** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Robin C. Konrad, and enters her appearance as counsel for **MICKEY LEE MOODY**, in the above-styled matter.

Dated this 30th day of November 2005.

Respectfully submitted,

s/Robin C. Konrad
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Robin_Konrad@fd.org

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:05-CR-195-T** |
| | ) | |
| **MICKEY LEE MOODY** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Louis V. Franklin, Sr., Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                 s/Robin C. Konrad
                                                 **ROBIN C. KONRAD**
                                                 **DC BAR NO.: 484125**
                                                 Attorney for Defendant
                                                 Federal Defenders
                                                 Middle District of Alabama
                                                 201 Monroe Street , Suite 407
                                                 Montgomery, AL 36104
                                                 TEL:   (334) 834-2099
                                                 FAX:   (334) 834-0353
                                                 E-Mail: Robin_Konrad@fd.org