IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-cr-195-T |
| | ) | |
| MICKEY LEE MOODY | ) | |

## PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Mickey Lee Moody, into the custody of Devin Whittle, DEA, and/or Bob Greenwood, DEA, from December 7, 2005, through March 7, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Devin Whittle, DEA, and/or Bob Greenwood, DEA, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 7th day of December, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Karl David Cooke, Jr.
KARL DAVID COOKE, JR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 1:05-cr-195-T |
| | ) |
| MICKEY LEE MOODY | ) |

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robin Conrad.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Karl David Cooke, Jr.
KARL DAVID COOKE, JR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
david.cooke@usdoj.gov