IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-cr-195-T |
| | ) | |
| MICKEY LEE MOODY | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 16), filed on December 7, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Mickey Lee Moody, to Devin Whittle, DEA, and/or Bob Greenwood, DEA, on December 7, 2005, through March 7, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Devin Whittle, DEA, and/or Bob Greenwood, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 7th day of December, 2005.

/s/ Susan Russ Walker
_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE