**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:05-CR-195-T** |
| | ) | |
| **MICKEY LEE MOODY** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Robin C. Konrad, and hereby moves this Honorable Court for an Order granting her motion to withdraw from representation of the defendant Mickey Lee Moody. In support of this motion, undersigned counsel would show:

1. On November 22, 2005, the Federal Defender was appointed to represent Mr. Moody in the above-styled cause.

2. Undersigned counsel filed a Notice of Appearance on November 30, 2005.

3. On December 8, 2005, undersigned counsel discovered that a conflict exists between the interests of Mr. Moody and the interests of former clients that requires counsel to withdraw from further representation of Mr. Moody.

4. Undersigned counsel requests that, on behalf of Mr. Moody, CJA panel attorney Bruce Maddox be appointed to represent him in all further proceedings in this case. Mr. Moody will not be prejudiced by such a change in counsel at this time. Mr. Maddox has agreed to accept CJA appointment, if the Court so rules.

**WHEREFORE**, premises considered, undersigned counsel hereby prays that her motion to withdraw as counsel for Mr. Moody in the above-styled cause be granted and an Order issued permitting her withdrawal and appointing Bruce Maddox to represent Mr. Moody in all further proceedings in this case.

Respectfully submitted,

**s/Robin C. Konrad**
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Robin_Konrad@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Karl David Cooke, Esq., Assistant U.S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

**s/Robin C. Konrad**
**ROBIN C. KONRAD**
**DC BAR NO.: 484125**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Robin_Konrad@fd.org