IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:05-CR-195-T |
| ) | |
| MICKEY LEE MOODY ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Robin C. Konrad, and hereby moves this Honorable Court for an Order granting her motion to withdraw from representation of the defendant Mickey Lee Moody. In support of this motion, undersigned counsel would show:

1. On November 22, 2005, the Federal Defender was appointed to represent Mr. Moody in the above-styled cause.

2. Undersigned counsel filed a Notice of Appearance on November 30, 2005.

3. On December 8, 2005, undersigned counsel discovered that a conflict exists between the interests of Mr. Moody and the interests of former clients that requires counsel to withdraw from further representation of Mr. Moody.

4. Undersigned counsel requests that, on behalf of Mr. Moody, CJA panel attorney Bruce Maddox be appointed to represent him in all further proceedings in this case. Mr. Moody will not be prejudiced by such a change in counsel at this time. Mr. Maddox has agreed to accept CJA appointment, if the Court so rules.

**MOTION GRANTED**

THIS 16th DAY OF December, 20 05

_____
UNITED STATES MAGISTRATE JUDGE