IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 1:05-CR-195 |
| | * | |
| MICKEY LEE MOODY, | * | |
| | * | |
| Defendant. | * | |

### UNOPPOSED MOTION TO CONTINUE

Comes now the defendant by and through counsel and requests this Honorable Court to continue the Trial in this cause from January 23, 2006 to the next trial docket, and as grounds therefore says as follows:

1. Undersigned counsel received defendant's file from the Federal Defender's Office approximately 2 weeks ago.

2. Additional investigation is needed in order to prepare for trial.

3. Defendant will file a waiver of speedy trial by the end of this date.

4. Counsel for defendant has spoken with Assistant United States Attorney David Cook and he has no objection to a continuance.

WHEREFORE, the defendant respectfully requests that the trial in this cause be continued until the next trial term.

Respectfully submitted this the 3rd day of January, 2006.

                                                     S/Bruce Maddox
                                                   Bruce Maddox (MAD013)
                                                   Attorney for Mickey Lee Moody

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 1:05-CR-195 |
| | * | |
| **MICKEY LEE MOODY,** | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to David Cook, Esquire, Asst. United States Attorney.

Respectfully submitted.

                                                                     S/Bruce Maddox
                                                                     Bruce Maddox (MAD013)
                                                                     Attorney for Mickey Lee Moody

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600