IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 1:05-CR-195 |
| | * | |
| **MICKEY LEE MOODY,** | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance as attorney of record for the Defendant, Mickey Lee Moody.

Respectfully submitted this the 3rd day of January, 2006.

                                                      S/Bruce Maddox
                                                    Bruce Maddox (MAD013)
                                                    Attorney for Mickey Lee Moody

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to David Cook, Esquire, Asst. United States Attorney.

Respectfully submitted.

_____S/Bruce Maddox
Of Counsel