| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:32 - 3:36 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr195-T | **DEFENDANT(S)** Mickey Lee Moody |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Karl David Cooke | * | Bruce Maddox |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Defendant has filed m/continue trial (Doc #25) - waiver to be filed today
   Government has no objections to continuance to 4/24/06 Cr Term

☐ **PLEA STATUS:**
   Plea discussions to take place
   Last plea date for 4/24/06 Cr Term  4/17/06

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**
   NOTE: Order on motion to continue (Doc #25) was entered 1/3/06 resetting this case for the 2/13/06
         Cr Term