IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  *
                           *
    Plaintiff,            *
                           *
V.                         *    CASE NO. 1:05-CR-195
                           *
MICKEY LEE MOODY,          *
                           *
    Defendant.            *

## WAIVER OF SPEEDY TRIAL BY DEFENDANT

Comes now Defendant Mickey Lee Moody, with counsel, and in support of his Motion to Continue, waives the right to speedy trial granted by 18 U. S. Code 3161 stating the grounds stated in his aforesaid Motion to Continue and the interests of justice outweigh the interests of himself and the government in the right to speedy trial granted by said 18 U. S. Cod 3161. Defendant makes this waiver having conferred fully with counsel, and with the undersigned counsel's concurrence. Defendant further makes this Waiver with the understanding that such a continuance may cause a delay of several months in his trial.

Respectfully submitted this the 3rd day of January, 2006.

_____
Mickey Lee Moody, Defendant

_____
Bruce Maddox (MAD013)
Attorney for Mickey Lee Moody