**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
Clerk

TELEPHONE:  
334 954-3600

January 5, 2006

## *NOTICE OF DEFICIENCY*

TO: Attorney Bruce Maddox

FROM: Sheila Carnes  
Deputy Clerk

SUBJECT: United States v Mickey Lee Moody; 1:05cr00195-MHT  
Defendant's Waiver of Speedy Trial , DN 29

The defendant's Waiver of Speedy Trial filed on January 3, 2006, does not include a certificate of service. Pursuant to the Criminal Administrative Procedures for electronic filing in this district, a certificate of service on all parties entitled to service or notice is still required.