# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | *   CASE NO. 1:05-CR-195 |
| | * |
| **MICKEY LEE MOODY,** | * |
| | * |
| **Defendant.** | * |

## MOTION TO WITHDRAW

Come now undersigned Counsel and moves the Court to permit him to withdraw as counsel for Defendant, Mickey Lee Moody, and as grounds therefor says as follows:

1. That counsel for defendant has a spinal injury that requires a series of medical beginning on February, 7, 2006.

2. As a result of said medications and procedures it would be impossible for counsel to prepare and try case.

3. Counsel waives payment of fees earned up to this date.

Respectfully submitted this the 23rd day of January, 2006.

                                                S/Bruce Maddox
                                                Bruce Maddox (MAD013)
                                                Attorney for Mickey Lee Moody

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | *  CASE NO. 1:05-CR-195 |
| | * |
| **MICKEY LEE MOODY,** | * |
| | * |
| Defendant. | * |

## CERTIFICATE OF SERVICE

_____ I hereby certify that on this 23rd day of January, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to David Cook, Esquire, Asst. United States Attorney.

Respectfully submitted.

_____ S/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Mickey Lee Moody

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600