IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr195-LSC |
| | ) | WO |
| MICKEY LEE MOODY | ) | |

**ORDER ON MOTION**

Upon consideration of defendant counsel's motion to withdraw (Doc. # 34), filed January 23, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Attorney Maryanne Prince is appointed to represent defendant in this action.

DONE, this 26th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE