# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | 1:05-CR-195 |
| ) | |
| ) | |
| MICKEY LEE MOODY, ) | |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW,** Maryanne M. Prince, CJA Panel Attorney, and hereby gives notice of her appearance in the above referenced case on behalf of Defendant **MICKEY LEE MOODY** and she requests that all notices, pleadings, motions and correspondence in this case are to be served upon her.

Respectfully submitted this 6th day of February, 2006.

/s/ Maryanne M. Prince
MARYANNE PRINCE (MEL007)
Attorney for Defendant Mickey L. Moody

**ADDRESS OF COUNSEL**:

631 South Perry Street
Montgomery, AL 36104
Phone: 334-262-1006
Fax:    334-262-1066
Email: mmelko@knology.net

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Karl David Cooke, Jr., AUSA
U. S. Attorney's Office

                                            /s/  Maryanne  M.  Prince
                                            Maryanne M. Prince (MEL007)