**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | )    **CR. NO. 02:05-CR-195** |
| | ) |
| | ) |
| **MICKEY LEE MOODY.** | ) |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Mickey Lee Moody, by and through undersigned counsel, Maryanne Prince, and moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and the Sixth Amendment to the Constitution of the United States, for a continuance of his trial setting of February 13, 2006, to a later date. In support of this motion, Defendant would show the following:

1.      On January 26, 2006, previous counsel for Mr. Moody, Bruce Maddox, withdrew from representation due to health reasons, and the Court appointed current counsel to represent Mr. Moody.

2.      Present counsel, has not yet received a copy of Mr. Moody's file from Mr. Maddox, therefore she has not had an opportunity to review Mr. Moody's file, or meet with Mr. Moody or talk to Mr. Maddox about the status of the case.

3.      Present counsel has spoken with the Assistant U. S. Attorney, Karl David Cooke, Jr., and advised him that she will be filing a motion to continue the trial in this case in order to allow her sufficient time to retrieve the file herself from Mr. Maddox, review the file and meet with Mr. Moody.   AUSA Cooke advised he has no objection to a continuance in light of the

short time and that he has been working with Mr. Moody toward resolution.

4.       In order to prepare for the trial of this case or work toward a plea agreement, Mr. Moody's newly appointed counsel will need adequate time to review the case file, and meet with Mr. Moody . Mr. Moody requests that his case be continued until the next trial docket of the presiding Judge.

5.       Mr. Moody, pursuant to the Sixth Amendment to the United States Constitution is entitled to a fair trial, to the effective assistance of counsel and to compulsory process. Because there may be additional information, and as yet unidentified witnesses, which may be relevant to this case, Mr. Moody asserts that he will be unable to adequately prepare for trial or resolve this case by plea by February 13, 2006.

6.       Moreover, while, requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11 Cir. 1984), *reh'g denied* 749 F.2d ₜₕ 733, *cert. denied*, 471 U.S. 1100 (1985), Mr. Morris feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charges contained in the Indictment.

7.       The Government, through Assistant United States Attorney Karl David Cooke, Jr., has indicated that it does not oppose the granting of a continuance.

8.       Mr. Moody has no objection to the requested continuance and his speedy trial waiver will be filed with this Court.

**WHEREFORE**, Mr. Moody respectfully requests that this Motion be granted and that his trial be continued until the next available trial term.

.

Respectfully submitted this 6th day of February, 2006.


/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
Attorney for Defendant


ADDRESS OF COUNSEL:
ASB-6515-E39M
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:   (334)-262-1066
maprince@knology.net


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing of this Waiver upon the following, by Electronic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 6th day of February, 2006.

Hon. Karl David Cooke, Jr., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197


/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
Attorney for Defendant