IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 02:05-CR-195 |
| ) | |
| MICKEY LEE MOODY ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

The undersigned Mickey Lee Moody, states that he is the same Mickey Lee Moody charged in Case No. 2:05-CR-195, I do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161, et seq. I certify to the court that I am waiving these rights knowingly, voluntarily and intelligently after receiving a full and complete explanation of my rights given to me by my attorney.

Respectfully submitted ___ day of February, 2006.

_____
Mickey Lee Moody
Defendant

_____
MARY ANNE M. PRINCE (ASB-6515-E39M)
Attorney for Defendant

ADDRESS OF COUNSEL:
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:   (334)-262-1066

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing of this Waiver upon the following, by Electornic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on the _____ day of February, 2006.

Hon. Karl David Cooke, Jr., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

_____
MARY ANNE M. PRINCE (MEL007)
Attorney for Defendant