```
        IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr195-T |
| | ) | |
| MICKEY LEE MOODY | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 22nd day of February, 2006.

```
                      FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY


                      /s/John T. Harmon
                      John T. Harmon
                      Assistant United States Attorney
                      Office of the United States Attorney
                      Middle District of Alabama
                      One Court Square, Suite 201 (36104)
                      Post Office Box 197
                      Montgomery, Alabama 36101-0197
                      Telephone:(334) 223-7280
                      Facsimile:(334) 223-7560
                      E-mail: John.Harmon@usdoj.gov
                      Bar Number: 7068-II58J
```

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Maryanne Melko Prince** and **David Cooke, Jr.**

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J