IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr195-LSC |
| | ) | |
| MICKEY LEE MOODY | ) | |

**ORDER**

Upon consideration of defendant's correspondence dated March 3, 2006, a copy of which is attached to this order, and for good cause, it is

ORDERED that defendant's attorney notify the court on or before close of business March 9, 2006, whether this matter has been resolved with defendant or whether there is a conflict between counsel and her client that should be set for hearing.

DONE, this 7th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE