1:05cr195-LSC

RECEIVED

2006 MAR -3 A 8:53

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DIST. ALA

United States District Court
Middle District of Alabama

Comes now Mickey Lee Moody before this Honorable Court in letter with full respect to the Government and all Representives.

I have to step out in faith and ask this Honorable Court humbly for mercy? Theres much doubt I am being Represented as I should be. Until today 2-25-06, I didn't have address for my attorney, plus their phone has a block on it. For the last 2 weeks, I have been very sick from what possibly could be Cancer. Dr. Mendez here ordered a Referral to outside Dr. for Biopsy several weeks ago. Also upon seeing my attorney Mary Anne Prince, I requested several times to her, to seek Bail for me and present everything need to show, I Am Not a Risk to the Community, State, County or our Government. Health issues - Plus Ties with Family, church co-operation with agents Stands as proof. As for my attorney's Theres Nothing personal herein about them. I have other issues or grounds I need help in presenting to this Honorable Court. Please help in this matter I humbly ask and pray.

Respectfully and Sincerely,

Mickey Moody
2-25-06





Mr & Mrs Mickey Mady
4364 Co Rd 5
Kinston AL 36453

United States District Court
Middle District of Alabama
Judge Walkin — ATTENTION
P.O. Box 711
Montgomery AL 36101