IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v | ) CR NO. 2:05-195-LSC |
| | ) |
| MICKEY LEE MOODY, | ) |

**DEFENDANT S RESPONSE TO ORDER**

COMES NOW, the Defendant, Mickey Lee Moody, by and through counsel, Maryanne M. Prince, and hereby notifies the Court that he has met with his attorney and discussed his concerns with counsel. Counsel states the following:

1. Counsel met with Mr. Moody for over 75 minutes and discussed the merits of his case, possible motions and the general status issues regarding his health.

2. Mr. Moody wishes to be released from custody and counsel has explained that in order to request a review of his detention order, new evidence would be required to present to the Court to show why he should be released. Counsel further advised Mr. Moody that the Order of Detention was based primarily upon his extensive history with the criminal justice system and that it was unlikely that he would be granted a new detention hearing. Nevertheless, Mr. Moody wishes counsel to request a new detention hearing, which she will do unless the Court orders otherwise.

3. Mr. Moody expressed concerns about health problems he has been experiencing, and counsel confirmed with Mr. Moody s spouse that he has been advised by the physician at the jail he has suspicious spots on his thigh that need to be biopsied for possible melanoma. Mr. Moody has yet to have the biopsy done and requested

        that counsel inquire what other steps he needs to take to obtain medical care.

4.     At the close of the meeting, counsel assured Mr. Moody she would bring the two above issues to the Court attention. Mr. Moody seemed to be satisfied with counsel s assurances at the close of the meeting.

Respectfully submitted this 9th day of March, 2006.

 

_____
MARYANNE M. PRINCE
ASB-6515-E39M
Attorney for Defendant

OF COUNSEL:

631 S. Perry Street
Montgomery, AL 36104
Phone: 334-262-1006
FAX: 334-262-1066
maprince@knology.net

## CERTIFICATE OF SERVICE

    I hereby certify that on March 9, 2006, I electronically filed the foregoing Motion, with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Karl Davie Cooke, Jr. and John T. Harmon, United States Attorney s Office, One Court Square, Montgomery, AL 36101 and by mailing a copy to Mr. Mickey Lee Moody, c/o Montgomery City Jail, 320 S. Ripley St. Montgomery, AL 36104.

/s/ Maryanne M. Prince
Maryanne M. Prince, Esq.
ASB-6515-E39M