IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | CR. NO. 02:05-CR-195 |
| ) | |
| ) | |
| MICKEY LEE MOODY.  ) | |

## MOTION TO FILE OUT OF TIME

**COMES NOW** the Defendant, Mickey Lee Moody, by and through undersigned counsel, Maryanne Prince, and moves this Court for an Order allowing him to file his Motion to Suppress out of time.  Counsel was appointed to represent Mr. Moody on February 6, 2007.  Cut-offs for all Pretrial Motions under Fed. R. Crim. P. 12(b) no later than two days before the first pretrial conference in this case.  The first pretrial conference in this case was held scheduled for January 3, 2006, well before current counsel was appointed.

Counsel could not locate any indicia that prior counsel for Mr. Moody had filed any motions under Fed. R. Crim. P. 12(b).  A review of the discovery provided by counsel after her appointment indicates that Mr. Moody has valid and reasonable grounds to file a motion to suppress the evidence and the search of Mr. Moody as set out in his Motion to Suppress.

The trial of this case is scheduled for April 17, 2006.  The Government will not be unduly prejudiced by granting Mr. Moody's motion.

Therefore, Defendant respectfully requests that this Court enter an Order granting Mr. Moody's Motion to File Out of Time.

Respectfully submitted this 10th day of March, 2006.

/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
ASB-6515-E39M
Attorney for Defendant

ADDRESS OF COUNSEL:
ASB-6515-E39M
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:   (334)-262-1066
maprince@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing of this Waiver upon the following, by Electronic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 10th day of March, 2006.

Hon. Karl David Cooke, Jr., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
Attorney for Defendant