IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.               ) | CR. NO. 02:05-CR-195 |
| ) | |
| ) | |
| MICKEY LEE MOODY.    ) | |

## MOTION TO SUPRESS

**COMES NOW** the Defendant, Mickey Lee Moody, by and through undersigned counsel, Maryanne Prince, and moves this Court for an Order suppressing certain evidence seized through the illegal detention and illegal search of the defendant and the defendant's property on March 28, 2005. In support of his motion, the Defendant shows the Court as follows:

1. On March 28, 2005, Deputy Sheriff Greg Jackson of the Covington County, Alabama Sheriff's Departments stopped Mr. Moody in his vehicle detained Mr. Moody without probable cause. After being held and not allowed to leave the area of the stop, another Deputy Sheriff Ray Mock, arrived at the stop location and searched the defendant and the defendant's vehicle without a search warrant, consent or probable cause.

2. The search yielded items of evidence after which the defendant was subsequently charged and indicted on the instant offense, 18 U.S.C. 922(g) and (f).

3. Moody fully anticipates the seized evidence will be offered against the defendant in the trial of this case.

4. The facts of this case show that on March 28, 2005 Sheriff's Deputies from Covington County were searching for escapee from the Covington County Jail when they stopped

Mr. Moody in the vicinity of Mr. Moody's resident located near Tin Top Road in Geneva County, Alabama.

5.  After determining that Mr. Moody was not the escapee from the Covington County Jail, instead of letting Mr. Moody go, Deputy Greg Jackson detained Mr. Moody, while he notified Deputy Greg Mock of Geneva County that he had detained Mr. Moody.  Mr. Moody was held at the stop location until Deputy Mock arrived.

6.  Once the Deputies who had stopped Mr. Moody and had determined that he was not the escapee from the Covington County Jail, they had no further reason to detain Mr. Moody.  The officers who stopped Mr. Moody exceeded the "reasonable scope" of the stop's original purpose, that is to determine if the person in the vehicle was one of the escapee's from the Covington County Jail.  *Terry v. Ohio*, 392 U.S. 1 (U.S. 1968).

7.  A law enforcement officer may not delay in obtaining the information necessary to complete the traffic stop and in writing the citation in order to ask the motorist questions unrelated to the purpose of the stop in order to turn a hunch into reasonable suspicion which could justify a more extensive detention. *United States v. Pruitt*, 174 F.3d 1215 (11th Cir. 1999). The investigative detention usually must "last no longer than is necessary to effectuate the purpose of the stop," and "the scope of the detention must be carefully tailored to its underlying justification." *Florida v. Royer*, 460 U.S. 491, 500, 103 S. Ct. 1319, 1325, 75 L. Ed. 2d 229 (1983).

8.  The stopping of the defendant's vehicle and subsequent search of the defendant and the defendant's vehicle was without probable cause.  Officers may not search private vehicles without consent or probable cause.  *United States v. Ortiz*, 422 U.S. 891, 897 (U.S. 1975).

9.  The search of the vehicle and the search of defendant was in violation of the

Fourth Amendment of the Constitution of the United States.

10. The stopping of the defendant's vehicle and subsequent detention and search was unreasonable and violative of the stated constitutional safeguards.

11. All evidence seized as a result of the illegal detention and illegal search must be suppressed.

Therefore, Defendant respectfully requests that this Court enter an Order suppressing any article, thing, or testimony obtained as result of this illegal search, illegal seizure and all subsequent investigation.

Respectfully submitted this 10th day of March, 2006.

/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
ASB-6515-E39M
Attorney for Defendant

ADDRESS OF COUNSEL:
ASB-6515-E39M
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:  (334)-262-1066
maprince@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing of this Waiver upon the following, by Electronic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 10th day of March, 2006.

Hon. Karl David Cooke, Jr., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
Attorney for Defendant