IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr195-LSC |
| | ) | |
| MICKEY LEE MOODY | ) | |

## **ORDER**

Upon consideration of defendant's motion to file out of time (Doc. # 47), filed March 10, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further

ORDERED that a hearing to address the motion to suppress is scheduled for 10:00 a.m. on March 31, 2006 before Judge L. Scott Coogler in courtroom 2-D, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 14th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE