IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. <u>1:05CR195-LSC</u> |
| ) | |
| MICKEY LEE MOODY ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby makes this, its Motion to Continue the Suppression Hearing on the above-referenced defendant.

A suppression hearing is presently scheduled for March 31, 2006. Witnesses for the government have been subpoenaed for the hearing. The government has been informed that one of its essential witnesses, Ray Mock, Geneva County Sheriff's Office, has a conflict. Mr. Mock's family vacation was planned months before this hearing was scheduled. Mr. Mock will be out of town until April 4, 2006.

Defense counsel has been informed of the conflict and has no objection to a continuance.

WHEREFORE, the Government prays that the Court grant its Unopposed Motion to Continue and re-set the hearing for another date.

Respectfully submitted this the 15th day of March, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/K. David Cooke, Jr.
                K. DAVID COOKE, JR.
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334) 223-7280
                FAX: (334) 223-7135
                E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:05cr195-LSC</u> |
| | ) | |
| **MICKEY LEE MOODY** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Maryanne Prince, Esq.

    Respectfully submitted,

    /s/K. David Cooke, Jr.
    K. DAVID COOKE, JR.
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: david.cooke@usdoj.gov