| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** March 27, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:12 - 3:14 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr195-LSC | **DEFENDANT(S)** Mickey Lee Moody |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris standing in for David Cooke | * * * * * | No appearance |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**
   Suppression hearing has been rescheduled for 4/17/06

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**

☐ **REMARKS:**
   Maryanne Prince to file motion to continue pretrial conference per chambers telephone conversation with her.