IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )   CR. NO. 02:05-CR-195 |
| | ) |
| | ) |
| MICKEY LEE MOODY. | ) |

**MOTION TO CONTINUE PRE-TRIAL CONFERENCE**

**COMES NOW** the Defendant, Mickey Lee Moody, by and through undersigned counsel, Maryanne Prince, and moves this Court for a continuance of the pre-trial setting. In support of this motion, Defendant would show the following:

1. A pre-trial conference in this matter was set for March 27, 2006.

2. Counsel was unable to attend the pre-trial conference due to a personal matter.

WHEREFORE Counsel requests the pre-trial conference in this case be continued to the next available date.

Respectfully submitted this 28th day of March, 2006.

/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
Attorney for Defendant

ADDRESS OF COUNSEL:
ASB-6515-E39M
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:  (334)-262-1066
maprince@knology.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing of this Motion upon the following, by Electronic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 28th day of March, 2006.

Hon. Karl David Cooke, Jr., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

                                                    /s/ Maryanne M. Prince
                                                    MARYANNE M. PRINCE (MEL007)
                                                    Attorney for Defendant