IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:05CR195-LSC</u> |
| | ) | |
| MICKEY LEE MOODY | ) | |

<u>**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING**</u>

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby makes this, its Motion to Continue the Suppression Hearing on the above-referenced defendant.

A suppression hearing is presently scheduled for March 31, 2006. Witnesses for the government have been subpoenaed for the hearing. The government has been informed that one of its essential witnesses, Ray Mock, Geneva County Sheriff's Office, has a conflict. Mr. Mock's family vacation was planned months before this hearing was scheduled. Mr. Mock will be out of town until April 4, 2006.

Defense counsel has been informed of the conflict and has no objection to a continuance.

WHEREFORE, the Government prays that the Court grant its Unopposed Motion to Continue and re-set the hearing for another date.

# MOTION GRANTED

THIS <u>28th</u> DAY OF <u>March</u>, <u>2006</u>

<u>/s/ L. Scott Coogler</u>

**UNITED STATES DISTRICT JUDGE**