IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:05cr195-LSC |
| | ) |
| MICKEY LEE MOODY | ) |

## ORDER ON MOTION

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 53), and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial conference in this matter is rescheduled from March 27, 2006 to 3:00 p.m. on April 3, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 29th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE