| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** April 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:36 - 3:40 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr195-LSC | **DEFENDANT(S)** Mickey Lee Moody |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * * * * * | Maryanne Prince |

❒ **DISCOVERY STATUS:**
　　Completed

❒ **PENDING MOTION STATUS:**
　　Defendant's motion to suppress to be heard by Judge Coogler on day of trial

❒ **PLEA STATUS:**
　　Possible Plea
　　Notice of intent to change plea to be filed on or before noon April 5, 2006

❒ **TRIAL STATUS**
　　Trial time: 1-2 days

❒ **REMARKS:**
　　Discussions regarding proffer