IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 1:05cr195-LSC |
| ) | |
| MICKEY LEE MOODY    ) | |

### ORDER

It is hereby ORDERED that the United States Marshals Service release custody of Mickey Lee Moody to SA Devin Whittle, DEA, from April 5, 2006, through December 31, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Devin Whittle return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the _____ day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE