IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05cr195-LSC |
| | ) | |
| MICKEY LEE MOODY | ) | |

## ORDER

Upon consideration of the government's motion for release of custody (Doc. # 57), filed April 4, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further ORDERED that the United States Marshals Service release custody of Mickey Lee Moody to SA Devin Whittle, DEA, from April 5, 2006, through December 31, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Devin Whittle return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done, this 5th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE