# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                          ) | CR. NO. 02:05-CR-195 |
| ) | |
| ) | |
| MICKEY LEE MOODY.                 ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO CHANGE PLEA

**COMES NOW** the Defendant, Mickey Lee Moody, by and through undersigned counsel, Maryanne Prince, and moves this Court, for an extension of time in which to file his notice of intent to change plea. In support of his motion the Defendant states:.

1. The Court's deadline for filing a notice of intent to change plea is April 5, 2006.

2. The Defendant is in earnest discussions with the U. S. Attorney's Office and is meeting with the government for a second proffer on April 5, 2006.

3. In order to complete his proffer and complete plea discussions the parties to this action require an additional two day extension of time.

4. The Government has no objection to a two day extension.

WHEREFORE, Mr. Moody respectfully requests that this Motion be granted and that he be given until Friday, April 7, 2006 in which to file a change of plea motion should he and the Government enter into a plea agreement..

Respectfully submitted this 5th day of April, 2006.

/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
Attorney for Defendant

ADDRESS OF COUNSEL:
ASB-6515-E39M
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:   (334)-262-1066
maprince@knology.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing of this Motion for Extension of Time upon the following, by Electronic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 5th day of April, 2006.
Hon. Karl David Cooke, Jr., AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

                                                /s/ Maryanne M. Prince
                                                MARYANNE M. PRINCE (MEL007)
                                                Attorney for Defendant