IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cv195-LSC |
| | ) | |
| MICKEY LEE MOODY | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's unopposed motion for extension of time to change plea (Doc. # 59), filed April 5, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Done, this 5th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE