IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 01:05-cr-195-LSC |
| ) | |
| MICKEY LEE MOODY ) | |

## NOTICE OF INTENT TO CHANGE PLEA

Defendant, MICKEY LEE MOODY, by and through counsel, respectfully gives notice to the Court of his Intent to Enter a Plea pursuant to Federal Rules of Criminal Procedure 11(c)(1)(C). Defendant consents to have his change of plea taken by a Magistrate Judge.

Respectfully submitted this 7th day of April, 2006.

/s/ Maryanne M. Prince
MARYANNE M. PRINCE (MEL007)
ASB-6515-E39M
Attorney for Defendant

ADDRESS OF COUNSEL:
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:   (334)-262-1066

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing of this notice upon the following, by Electronically Filing same and which notice is service is perfected by electronic mail or by hand delivery or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 7th day of April, 2006.

Hon. David Cooke, AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

                                               /s/ Maryanne M. Prince
                                               MARYANNE M. PRINCE (MEL007)
                                               Attorney for Defendant