IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR NO: 1:05-CR-195-T |
| | ) |
| MICKEY LEE MOODY, | ) |
| Defendant, | ) |

## MOTION TO WITHDRAW AS COUNEL OF RECORD AND FOR APPOINTMNET OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Maryanne Melko Prince, and files this Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney on behalf the defendant Mickey Lee Moody. In support of this Motion, Counsel states the following:

1. Undersigned Counsel is closing her federal practice on May 31, 2006 in order to relocate with her spouse to the State of Maine.

2. Undersigned counsel requests on behalf of the defendant that Middle District of Alabama CJA Panel Attorney John M. Poti be appointed to represent him in all further proceedings in this matter.

3. Counsel for the defendant has discussed the above situation with Panel Attorney Poti who has indicated that he is willing to accept appointment to this matter and does not have a conflict of interest.

4. Mr. Poti's mailing address and telephone is:

> John M. Poti, Esq.
> 696 Silver Hills Drive, Suite 107
> Prattville, AL 36066
> Phone: 334-361-3535

**WHEREFORE,** undersigned counsel prays that Maryanne M. Prince be permitted to withdraw from representation of Mickey Lee Moody and CJA Panel attorney John M. Poti be appointed to represent him.

**RESPECTFULLY SUBMITTED** this 25th day of May, 2006.

/s/ Maryanne M. Prince\
MARYANNE M. PRINCE\
Alabama Bar No.: ASB-6515-E39M\
Attorney for Defendant\
631 South Perry Street\
Montgomery, AL 36104\
Telephone: (334)-262-1006\
Fax:     (334)-262-1066\
E-Mail: maprince@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the following, by electronic mail via CM/ECF on the 25th day of May, 2006.

Karl David Cooke, Jr., AUSA\
U. S. Attorney's Office\
Post Office Box 197\
Montgomery, AL 36101-0197

John Poti, Esq.\
Suite 107\
696 Silver Hills Drive\
Prattville, AL 36066

Mickey Lee Moody\
Montgomery City Jail\
PO Box 159\
Montgomery, AL 36101-0159

/S/ Maryanne M. Prince\
Maryanne M. Prince\
ASB-6515-E39M\
Attorney for Defendant