IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr195-C |
| | ) | |
| MICKEY LEE MOODY | ) | |

MOTION TO ADD PUBLICATION DATES TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the Montgomery Independent newspaper on June 15, 22 and 29, 2006, regarding the subject forfeiture action.

Respectfully submitted this 15th day of June, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John M. Poti** and **K. David Cooke, Jr.**

                      Respectfully submitted,

                      /s/John T. Harmon
                      John T. Harmon
                      Assistant United States Attorney
                      Office of the United States Attorney
                      Middle District of Alabama
                      One Court Square, Suite 201 (36104)
                      Post Office Box 197
                      Montgomery, Alabama 36101-0197
                      Telephone:(334) 223-7280
                      Facsimile:(334) 223-7560
                      E-mail: John.Harmon@usdoj.gov
                      Bar Number: 7068