# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| vs. | ] | **1:05-cr-195-LSC** |
| | ] | |
| | ] | |
| MICKEY LEE MOODY, | ] | |
| | ] | |
| Defendant. | ] | |

## O R D E R

The above named defendant is rescheduled for a SENTENCING

HEARING for **10:00 a.m. on Thursday, August 31, 2006,** in Courtroom 2-

D in the Frank M. Johnson, Jr. United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

Done this 13th day of July 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019