IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:05cr195-LSC</u> |
| | ) | |
| MICKEY LEE MOODY | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Continue Sentencing, states as follows:

1. The sentencing for Mickey Lee Moody is presently scheduled for Thursday, August 31, 2006.

2. The United States moves to continue the sentencing of the above-referenced defendant until after September 1, 2006. The Assistant United States Attorney assigned to this case is scheduled to attend the Law Enforcement Coordinating Committee (LECC) conference on August 30 - September 1, 2006.

3. Defense counsel for Defendant Moody has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance to a date after September 1, 2006.

Respectfully submitted this the 25th day of August, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/K. David Cooke, Jr.
                K. DAVID COOKE, JR.
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: david.cooke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr195-LSC |
| | ) | |
| MICKEY LEE MOODY | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Poti, Esq.

Respectfully submitted,

/s/K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: david.cooke@usdoj.gov