IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. <u>1:05cr195-LSC</u> |
| | ) |
| MICKEY LEE MOODY | ) |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Continue Sentencing, states as follows:

1. The sentencing for Mickey Lee Moody is presently scheduled for Thursday, August 31, 2006.

2. The United States moves to continue the sentencing of the above-referenced defendant until after September 1, 2006. The Assistant United States Attorney assigned to this case is scheduled to attend the Law Enforcement Coordinating Committee (LECC) conference on August 30 - September 1, 2006.

3. Defense counsel for Defendant Moody has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance to a date after September 1, 2006.

**MOTION GRANTED TO AND INCLUDING** September 7, 20 06 @ 1:30 pm
**THIS** 28 **DAY OF** August, 20 06
/s/L Scott Coogler
**UNITED STATES DISTRICT JUDGE**