```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr195-C |
| | ) | |
| MICKEY LEE MOODY | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

On April 12, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Mickey Lee Moody to forfeit the following firearm to the United States:

**One Davis Industries, Model D-32, .32 Semi-Automatic Pistol, Serial Number 100873.**

The United States published in the <u>Montgomery Independent</u> newspaper notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant Mickey Lee Moody had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such in the commission of the violation of Title 18, United States Code, Section 924(c)(1)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

**One Davis Industries, Model D-32, .32 Semi-Automatic Pistol, Serial Number 100873.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE