IN the District Court
of the United States for
The Middle District of Alabama
Southern District

RECEIVED
2006 SEP 19 A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America
v.
Mickey Lee Moody

CR No. 1:05 CR 195 LSC
Appeal of Sentence

Comes now Defendant Mickey Lee Moody before this Honorable Court. Requesting help in the Appeal of Sentence. Defendant can not relate grounds or use language as in Legal Terms, due to no Law Library at City Jail were he is housed. His understanding ability is very limited which was some portion of seeing Dr. Williams. Mostly the defendant can not understand the harshness of the way his treatment has been. Is there a Conflict from 1997 or a personal vendetta by certain individuals? Defendants prays for peace and respectfully requests the help and mercy from this Honorable Court.

Sincerely Submitted
Mickey Lee Moody

Done this 14th day of Sept. 2006
Postage Prepaid to:
Office of Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama.
36101-0711