IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      1:05cr195-MHT
MICKEY LEE MOODY            )
```

## ORDER

It is ORDERED that defendant Mickey Lee Moody's motion for appointment of counsel (doc. no. 81) is granted.  Honorable John M. Poti shall continue to represent defendant Moody on appeal.

DONE, this the 27th day of September, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE