CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Mickey Lee Moody | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:05CR195 | 5. APPEALS DKT./DEF. NUMBER 06-15114-C | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) United States v. Mickey Lee Moody | 8. PAYMENT CATEGORY ☒ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant  ☐ Appellant  ☐ Juvenile Defendant  ☐ Appellee  ☐ Other: | 10. REPRESENTATION TYPE (See Instructions) CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 USC 922(g)(1)

RECEIVED 2006 SEP 22 P 12:19 / OCT 2

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (See Item 14).
Sept 7, 2006 Sentencing Hearing, Judge L. Scott Coogler, Risa L. Entrekin

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. Signature of Attorney  10/2/06 JOHN M. POTI Telephone Number: 334-361-3535 ☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted. Signature of Presiding Judicial Officer or By Order of the Court 10/12/06 Date of Order     Nunc Pro Tunc Date |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS ☒ Official ☐ Contract ☐ Transcriber ☐ Other | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS Risa L. Entrekin PO Box 5112 Montgomery AL 36103-5112 Telephone Number: 334-240-2405 |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE On file | |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-19 | 18 | 3.30 | $59.40 | | $59.40 |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | $59.40 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of Claimant/Payee  Risa L. Entrekin   Date 10/4/06

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.
Signature of Attorney or Clerk   Oct 11, 2006

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT Signature of Judicial Officer or Clerk of Court  10/12/06 Date | 24. AMOUNT APPROVED $59.40 |
|---|---|