# United States Court of Appeals

## For the Eleventh Circuit

No. 06-15114

District Court Docket No.
05-00195-CR-C-S

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Feb 9, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICKEY LEE MOODY,

Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

--------------------------------------------------------------

Appeal from the United States District Court
for the Middle District of Alabama

--------------------------------------------------------------

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
MAR 1 2 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:       February 9, 2007
For the Court: Thomas K. Kahn, Clerk
By:       Jackson, Jarvis